IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

GREGORY BRIAN MYERS,

    Debtor.
_____/

GREGORY BRIAN MYERS,

    Plaintiff,

v.

NAPLES PROPERTY HOLDING COMPANY, LLC; NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC; NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC; NBC CLUB OWNER, LLC; STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.; MARIA A. FEHRETDINOV; GLEN BURHANS, JR.; CHRISTOPHER R. CLARK; DREW DILLWORTH; NAPLES GOLF AND BEACH CLUB, INC.; GUNSTER, YOAKLEY & STEWART P.A.; and JEFFREY D. FRIDKIN

    Defendants.
_____/

Case No. 25-00069-ELG

Chapter 13

Adversary No. 25-10005-ELG

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

2025 APR 11 P 8:47

RECEIVED

FILED
APR 11 2025
Clerk, U.S. District and
Bankruptcy Courts

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff GREGORY BRIAN MYERS, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) made applicable to bankruptcy adversary proceedings by Rule 7041 Fed. R. Bankr. P., hereby dismisses this action without prejudice.

Dated: April 11, 2025

Respectfully submitted,



1

Gregory B. Myers, pro se
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2025, I filed the foregoing with the Clerk of the Court and a copy of same will be served on the parties listed below who are registered users of the CM/ECF system, by the Notice of Electronic filing generated by the Court's ECF system:

Rebecca A. Herr ecf@ch13md.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

_____
Gregory B. Myers